1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | CECIL SHAW, | ) No.  5:13-cv-04313-PSG
12 |            | )
   | Plaintiff, | ) **STIPULATION FOR DISMISSAL OF**
13 | vs.        | ) **ACTION**
14 | JAYENDRA D. BAKTA, aka JAY BHAKTA, |
   | individually and dba DER GHAN MOTEL, |
15 |            |
16 | Defendant. |
17

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendant Jayendra D. Bakta, aka Jay Bhakta, individually and dba Der Ghan Motel, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: January 3, 2014                MOORE LAW FIRM, P.C.

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorneys for Plaintiff
                                     Cecil Shaw

Date: January 3, 2014                LERNER, VEIT & STANALAND, LLP

                                     */s/ Russell Stanaland*
                                     Russell Stanaland
                                     Attorneys for Defendant
                                     Jayendra D. Bakta, aka Jay Bhakta, individually
                                     and dba Der Ghan Motel